UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDWOOD FIRE AND CASUALTY, <br><br> Plaintiff, <br><br> v. <br><br> RICK A. WILES, et al., <br><br> Defendants. | No. 16-cv-00492-DAD-SKO <br><br> ORDER GRANTING STIPULATION TO STAY <br><br> (Doc. Nos. 26, 27.) |

Before the court is the parties' stipulation to stay proceedings in this insurance action pending completion of the related wrongful death action in Madera County Superior Court. (Doc. No. 27.) The parties request that the court stay this case until the completion of settlement; vacate the July 22, 2016 scheduling order; and set a status conference after August 24, 2017. (Doc. No. 27 at 2–3.)

Having carefully reviewed the entire file and the parties' stipulation, the court finds good cause to stay the proceedings in this case pending completion of the settlement. Accordingly, and pursuant to the parties' stipulation,

1. The proceedings in this case shall be stayed;

/////

1

2. All previously set hearings, dates, and deadlines are vacated, including those set forth in the July 22, 2016 scheduling order (Doc. No. 26);
3. The matter is referred to the magistrate judge to schedule a status conference after August 24, 2017, consistent with this order.

IT IS SO ORDERED.

Dated: __**May 2, 2017**__       _/s/ Dale A. Drozd_
                                 UNITED STATES DISTRICT JUDGE