1 Submitted by:
SUSAN M. WALKER (SBN 130748)
susan.walker@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Plaintiff
REDWOOD FIRE AND CASUALTY INSURANCE
COMPANY, a Nebraska corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDWOOD FIRE AND CASUALTY INSURANCE COMPANY, a Nebraska corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICK A. WILES dba RICK WILES TRUCKING; D&H TRANSPORT, INC., a California corporation; D&H TRANSPORTATION, INC., a California corporation; D&H TRUCKING, INC., a California corporation; SILVIA LUNA; RUDY GOMEZ; EDITH MARTINEZ; ROGELIO DIAZ; KYLE HOGLEN; ISELA FLORES; and PALOMA ANGUINO,<br><br>Defendants. | Case No. 1:16-CV-00492-DAD-SKO<br><br>**ORDER CONTINUING STATUS CONFERENCE SET FOR SEPTEMBER 7, 2017 TO SEPTEMBER 21, 2017** |

ORDER CONTINUING STATUS CONFERENCE FROM SEPTEMBER 7, 2017 TO SEPTEMBER 21, 2017

The Court having considered the Joint Request to Continue Status Conference filed by the parties (Doc. 30), and good cause appearing therefor,

IT IS HEREBY ORDERED that the status conference set for September 7, 2017, at 10:15 a.m. is CONTINUED to September 21, 2017, at 10:30 a.m. in Courtroom 7, before Magistrate Judge Sheila K. Oberto.

The parties shall file their Joint Status Report no later than August 31, 2017, pursuant to the Court's Minute Order entered May 9, 2017.

IT IS SO ORDERED.

Dated: **July 6, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300