Submitted by:
SUSAN M. WALKER (SBN 130748)
susan.walker@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Plaintiff
REDWOOD FIRE AND CASUALTY INSURANCE
COMPANY, a Nebraska corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDWOOD FIRE AND CASUALTY INSURANCE COMPANY, a Nebraska corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICK A. WILES dba RICK WILES TRUCKING; D&H TRANSPORT, INC., a California corporation; D&H TRANSPORTATION, INC., a California corporation; D&H TRUCKING, INC., a California corporation; SILVIA LUNA; RUDY GOMEZ; EDITH MARTINEZ; ROGELIO DIAZ; KYLE HOGLEN; ISELA FLORES; and PALOMA ANGUINO,<br><br>Defendants. | Case No. 1:16-CV-00492-DAD-SKO<br><br>**ORDER CONTINUING STATUS CONFERENCE SET FOR SEPTEMBER 21, 2017 TO NOVEMBER 9, 2017**<br><br>**(Doc. 32)** |

The Court having considered the Joint Request to Continue Status Conference filed by the parties (Doc. 32), and good cause appearing therefor,

IT IS HEREBY ORDERED that the status conference set for September 21, 2017, at 10:30 a.m. is CONTINUED to November 9, 2017, at 9:45 a.m. in Courtroom 7, before Magistrate Judge Sheila K. Oberto. The parties shall file their Joint Status Report no later than November 2, 2017.

IT IS SO ORDERED.

Dated: **August 23, 2017**   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300