1  Submitted by:
   SUSAN M. WALKER (SBN 130748)
2  susan.walker@dentons.com
   DENTONS US LLP
3  601 South Figueroa Street, Suite 2500
   Los Angeles, California 90017-5704
4  Telephone:  (213) 623-9300
   Facsimile:  (213) 623-9924
5
   Attorneys for Plaintiff
6  REDWOOD FIRE AND CASUALTY INSURANCE
   COMPANY, a Nebraska corporation
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | REDWOOD FIRE AND CASUALTY              Case No. 1:16-CV-00492-DAD-SKO
   | INSURANCE COMPANY, a Nebraska
12 | corporation,                           **ORDER CONTINUING STATUS
   |                                        CONFERENCE SET FOR
13 |            Plaintiff,                  NOVEMBER 9, 2017 TO JANUARY 18,
   |                                        2018**
14 |      v.

15 | RICK A. WILES dba RICK WILES
   | TRUCKING; D&H TRANSPORT, INC., a
16 | California corporation; D&H
   | TRANSPORTATION, INC., a California
17 | corporation; D&H TRUCKING, INC., a
   | California corporation; SILVIA LUNA; RUDY
18 | GOMEZ; EDITH MARTINEZ; ROGELIO
   | DIAZ; KYLE HOGLEN; ISELA FLORES;
19 | and PALOMA ANGUINO,

20 |            Defendants.

The Court having considered the Joint Report and Request to Continue filed by the parties (Doc. 34), and good cause appearing therefor, given the parties' representation of a pending settlement of the matter,

IT IS HEREBY ORDERED that the status conference set for November 9, 2017, at 9:45 a.m. is continued to January 18, 2018, at 10:15 a.m., in Courtroom 7, before Magistrate Judge Sheila K. Oberto.

The parties shall file a further Joint Status Report by no later than January 11, 2018.

IT IS SO ORDERED.

Dated: **November 2, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300