| | |
|---|---|
| 1 | Submitted by:<br>SUSAN M. WALKER (SBN 130748) |
| 2 | susan.walker@dentons.com<br>DENTONS US LLP |
| 3 | 601 South Figueroa Street, Suite 2500<br>Los Angeles, California 90017-5704 |
| 4 | Telephone: (213) 623-9300<br>Facsimile: (213) 623-9924 |

Attorneys for Plaintiff
REDWOOD FIRE AND CASUALTY INSURANCE
COMPANY, a Nebraska corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDWOOD FIRE AND CASUALTY INSURANCE COMPANY, a Nebraska corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICK A. WILES dba RICK WILES TRUCKING; D&H TRANSPORT, INC., a California corporation; D&H TRANSPORTATION, INC., a California corporation; D&H TRUCKING, INC., a California corporation; SILVIA LUNA; RUDY GOMEZ; EDITH MARTINEZ; ROGELIO DIAZ; KYLE HOGLEN; ISELA FLORES; and PALOMA ANGUINO,<br><br>Defendants. | Case No. 1:16-CV-00492-DAD-SKO<br><br>**ORDER DISMISSING CASE PURSUANT TO PARTIES' STIPULATION AND SETTLEMENT AND DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(Doc. 36) |

On December 5, 2017, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 36.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **December 8, 2017**         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER DISMISSING CASE PURSUANT TO PARTIES' STIPULATION AND SETTLEMENT